DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MORRIS CHESLA,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D16-4177

[December 14, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE14-015264.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellant.

Elizabeth A. Henriques of Liebler, Gonzalez & Portuondo, Maimi, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***